IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

|  |  |
|---|---|
| Westfield Insurance Company, <br><br>Plaintiff, <br>v. <br><br>MTR Hotels, LLC; Paragon Hotel Company, Inc. and A.T.P. <br><br>Defendants. | ) <br>) C/A No.: 6:21-CV-1426-TMC <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a) of the South Carolina Federal Rules of Civil Procedure, Plaintiff and Defendants in this action, by and through the undersigned counsel, hereby stipulate to the dismissal, with prejudice, of all claims asserted by and between them in the above captioned matter. Each party shall bear its own fees and costs.

<u>THIS ENDS THE CASE.</u>

Submitted this __6__ day of July, 2022.

                                              **RICHARDSON, PLOWDEN & ROBINSON, P.A.**

                                              <u>/s/ Payton D. Hoover</u>
James H. Elliott, Jr. (Federal ID # 7043)
Payton D. Hoover (Federal ID# 10397)
235 Magrath Darby Boulevard, Ste. 100
Mt. Pleasant, SC 29464
Phone:     (843) 805-6550
Fax:          (843) 805-6599
jelliott@richardsonplowden.com
phoover@richardsonplowden.com
**ATTORNEY FOR PLAINTIFF WESTFIELD INSURNACE COMPANY**

/s/ Edward "Ted" R. Corvey, III, Esq.
Edward "Ted" R. Corvey, III, Esq.
Corvey Law Firm, LLC
815 Savannah Hwy., Ste. 201
Charleston, SC 29407
ted@corveylawfirm.com
-AND-
T. Richard Waring, II, Esq.
Law Office of Richard Waring, LLC
192 East Bay St., Ste. 202
Charleston, SC 29401
richard@richardwaringlaw.com
***ATTORNEYS FOR A.T.P.***

/s/ Asad Ansari
Roy Banerjee
Asad Ansari, Esq.
Roy Banerjee, Esq.
Kumar, Prabhu, Patel and Banerjee, LLC
One Lakeside Commons, Ste. 800
990 Hammond Drive, N.E.
Atlanta, GA 30328
rbanerjee@kppblaw.com
aansari@kppblaw.com

**ATTORNEYS FOR DEFENDANTS MTR HOTELS, LLC AND PARAGON HOTEL COMPANY, INC.**